**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Thomas Taylor Townsend
Kelly, Townsend, & Thomas
137 Rue St. Denis
Natchitoches, LA 71457

Robert Lawrence Beck, Jr.
Attorney at Law
P. O. Drawer 12850
Alexandria LA 71315-2850


**REHEARING ACTION: April 23, 2014**

**Docket Number: 13   00604-CW consolidated 13   1097-CA**

**JEROMIE CHAD SMITH**
**VERSUS**
**WESTERN WORLD INSURANCE**
**COMPANY, ET AL.**

**Writ Application from Natchitoches Parish Case No. 81,872**


**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. J. David Painter
    Hon. Shannon J. Gremillion


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jeromie Chad Smith** has this day been

    **DENIED.**
    Cooks, J., would grant rehearing.


cc: Leslie Evalyn Hodge, Counsel for  the Respondent
    John C. Guillet, Counsel for  the Respondent
    Lindsay Flexer Louapre, Counsel for  the Respondent
    James Allen Lochridge, Jr., Counsel for  the Respondent